UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SACHA NEGRON,<br><br>          Plaintiff,<br><br>     v.<br><br>MIGUEL HOLGUIN, et al.,<br><br>          Defendants. | Civ. No. 2:16-03965 (KSH) (CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on defendant Holguin's motion to dismiss plaintiff Negron's complaint; the Court having fully considered the defendants' submissions and noting plaintiff's failure to respond; and for the reasons stated in the opinion,

**IT IS** on this 28th day of March, 2018,

**ORDERED** that defendants' motion to dismiss is **granted**. The Clerk of the Court is directed to close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.